

**ORDERED in the Southern District of Florida on June 12, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CECILE ARIEL MOISE,                    Case No. 26-17234-SMG

    Debtor.                            Chapter 13

_____/

**ORDER GRANTING DEBTOR'S MOTION TO**
**EXTEND TIME TO CURE FILING DEFICIENCIES**

This matter came before the Court without a hearing pursuant to Local Rule

9013-2(c) on the debtor's *Motion to Extend Time to File Required Information*.[1]

Finding good cause to grant an extension, it is

**ORDERED** that:

1.    The motion is **GRANTED**.

---

[1] Dkt. No. 10.

2.      The debtor must file all missing schedules and documents, as identified in the *Notice of Incomplete Filings Due*,[2] **on or before July 15, 2026.**

3.      **If the debtor fails to file all required schedules and documents on or before July 15, 2026, the debtor's case may be dismissed without further hearing.**

4.      No further extensions will be granted.

5.      The Court is unable to appoint an attorney to represent the debtor in this case. If the debtor cannot afford to retain an attorney, the debtor may refer to the *Clerk's Notice of Pro Bono Resources*[3] to inquire into the possibility of obtaining pro bono representation.

### 

Copies Furnished To:

Cecile Ariel Moise
2645 NW 21st Avenue
Apt 3
Fort Lauderdale, FL 33311

Robin R Weiner, Trustee

AUST

---

[2] Dkt. No. 4.
[3] Dkt. No. 5.