

**ORDERED in the Southern District of Florida on July 16, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CECILE ARIEL MOISE,                    Case No. 26-17234-SMG

     Debtor.                              Chapter 13

_____/

### ORDER DENYING DEBTOR'S SECOND MOTION
### TO EXTEND TIME TO CURE FILING DEFICIENCIES

This matter came before the Court without a hearing on pro se debtor Cecile Ariel Moise's *Second Motion to Extend Time to File Required Information*.[1] In its prior order extending the deadline to July 15, 2026,[2] the Court expressly stated that no further extensions would be granted. Accordingly, it is **ORDERED** that the *Second Motion to Extend Time to File Required Information* is **DENIED**.

# # #

---

[1] Dkt. No. 17.
[2] Dkt. No. 13.

Copies furnished to:

Cecile Ariel Moise
668 NW 116 Ter.
Miami, FL 33168

Robin R. Weiner, Chapter 13 trustee

AUST